FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 AUG -2 PM 2: 33

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

2010R00858
SDC

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| Plaintiff : | Criminal No. RDB-13-0403 |
| v. : | Count 1: 21 U.S.C. § 846 (drug conspiracy) |
| : | Forfeiture: 21 U.S.C. § 853 |
| CESAR MIRANDA-RAMIREZ, : | |
| Defendant | |
| : : : : : : : | |

## INFORMATION

## COUNT ONE

(Drug Conspiracy)

The United States of America, for the District of Maryland charges that:

1. Beginning on a date unknown, but at least in or about 2009, and continuing through in or about the date of this indictment, in the District of Maryland and elsewhere, the defendant

### CESAR MIRANDA-RAMIREZ

Did knowingly and willfully combine, conspire, confederate and agree with persons known and unknown to intentionally and knowingly distribute and possess with intent to distribute 1,000 kilograms or more of a mixture or substance containing a detectable amount of marijuana, a schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1).

21 U.S.C. § 846

## FORFEITURE

THE UNITED STATES ATTORNEY FURTHER FINDS THAT:

1 Upon conviction of the offense alleged in Count One of this Information, the defendant shall be jointly and severally liable, pursuant to 21 U.S.C. § 853(a), to forfeit –

    a.    any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of the offense; and

    b.    any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.

2. The property subject to forfeiture to the United States includes but is not limited to a parcel of real property in Puerto Vallarta, Mexico, titled in the name of Alvaro Rodriguez.

3. If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

18 U.S.C. § 982(a)(1); 21 U.S.C. § 853; 28 U.S.C. § 2461(c); FED. R. CRIMINAL. P. 32.2(a),

*[signature]*
ROD J. ROSENSTEIN
United States Attorney